**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION | Consolidated Multidistrict Action<br><br>Docket No. 1:18-md-02865-LAK |
| SKATTEFORVALTNINGEN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN VAN MERKENSTEIJN, RICHARD MARKOWITZ, BERNINA PENSION PLAN TRUST, RJM CAPITAL PENSION PLAN TRUST, 2321 CAPITAL PENSION PLAN, BOWLINE MANAGEMENT PENSION PLAN, CALIFORNIA CATALOG COMPANY PENSION PLAN, CLOVE PENSION PLAN, DAVIN INVESTMENTS PENSION PLAN, DELVIAN LLC PENSION PLAN, DFL INVESTMENTS PENSION PLAN, LAEGELER ASSET MANAGEMENT PENSION PLAN, LION ADVISORY INC. PENSION PLAN, MILL RIVER CAPITAL MANAGEMENT PENSION PLAN, NEXT LEVEL PENSION PLAN, RAJAN INVESTMENTS LLC PENSION PLAN, SPIRIT ON THE WATER PENSION PLAN, and TRADEN INVESTMENTS PENSION PLAN,<br><br>　　　　　　　Defendants. | This document relates to:<br>1:19-cv-10713-LAK<br><br><br>**<u>NOTICE OF APPEARANCE</u>** |

PLEASE TAKE NOTICE that Edward M. Spiro of the law firm Morvillo Abramowitz

Grand Iason & Anello P.C. hereby appears on behalf of defendants Clove Pension Plan, Delvian

LLC Pension Plan, Mill River Capital Management Pension Plan, and Traden Investments

Pension Plan.  The undersigned hereby certifies that he is admitted to practice in this Court.

Dated:  New York, New York
        June 25, 2020

                                    /s/ Edward M. Spiro
                                    Edward M. Spiro
                                    Morvillo Abramowitz Grand Iason & Anello P.C.
                                    565 Fifth Avenue
                                    New York, NY 10017
                                    (212) 856-9600
                                    espiro@maglaw.com
                                    *Attorney for Defendants Clove Pension*
                                    *Plan, Delvian LLC Pension Plan, Mill River*
                                    *Capital Management Pension Plan, and*
                                    *Traden Investments Pension Plan*