UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION

This document relates to: 19-cv-10713 (LAK)

Consolidated Multidistrict Action

Docket No. 1:18-md-2865 (LAK)

# STIPULATION AND [~~PROPOSED~~] ORDER
# EXTENDING TIME TO ANSWER THE AMENDED COMPLAINT

IT IS HEREBY STILUATED AND AGREED, by and between the undersigned counsel for the parties, that the current deadline for Defendant California Catalog Company Pension Plan (California Catalog") to answer the Amended Complaint in this action is hereby extended thirty (30) days up to an including August 28, 2020.

No provision of this Stipulation and Order shall be construed as a waiver of, and California Catalog expressly reserves, any and all defenses.

This is Defendant's third request for an extension of time to answer or otherwise respond to the Amended Complaint. The Court granted Defendant's previous requests.

Dated: New York, New York
July 24, 2020

LANKLER, SIFFERT & WOHL LLP

By: /s/ Gabrielle S. Friedman
   (*e-signed with consent*)
   Gabrielle S. Friedman

HUGHES HUBBARD & REED LLP

By: /s/ Marc A. Weinstein
   Marc A. Weinstein

500 Fifth Avenue
New York, New York 10110
Telephone: (212) 921-8399
gfriedman@lswlaw.com

*Counsel for Defendant California Catalog Company Pension Plan*

One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

SO ORDERED:

/s/ Lewis A. Kaplan
_____
Lewis A. Kaplan
United States District Judge

Dated: July 27, 2020