

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 19-cv-10713.

MASTER DOCKET

18-md-2865 (LAK)

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that plaintiff Skatteforvaltningen ("SKAT") dismisses the action captioned *SKAT v. John van Merkensteijn, et al.*, No. 19-cv-10713-LAK as against Defendant California Catalog Company Pension Plan with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. SKAT's dismissal is not intended to and does not affect any of the claims asserted against any other defendants in the action captioned *SKAT v. John van Merkensteijn, et al.*, No. 19-cv-10713-LAK.

Dated: New York, New York
October 22, 2021

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
10/25/21