# Exhibit 81

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00006 | 2722893 | 12/10/2012 | $42,504.70 | $26.46 | $42,531.16 | ($42,531.16) | 2/12/2013 | - | - |
| | 2726478 | 1/29/2013 | $5,968.60 | $135.55 | $6,104.15 | ($6,104.15) | 2/25/2014 | - | - |
| | 2739751 | 6/25/2013 | $650.00 | - | $650.00 | ($650.00) | 10/1/2013 | - | - |
| | | Duet II - Total | $49,123.30 | $162.01 | $49,285.31 | ($49,285.31) | | - | - |
| | | GRAND TOTAL | $49,123.30 | $162.01 | $49,285.31 | ($49,285.31) | | - | - |

1

6/15/2018 10:34:05 AM

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355365

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: John H. van Merkensteijn
Argre Management LLC
40 West 57th Street
New York, New York 10019 alicia@argremgt.com

December 10, 2012

RE: Duet II
Our File Number: 00647/0006

Invoice#: 722893
PAGE: 1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 11/30/2012

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/16/2012 | Ben-Jacob, Michael | Call with Rich re: new transaction. Follow-up call with Woody. | 1.25 |
| 11/16/2012 | Wells, Peter B | Call with group re new transaction. Work on issues re the same. | 4.67 |
| 11/18/2012 | Ben-Jacob, Michael | Review LP Agreement, PPM and related documents documents. Related call with Woody and emails to Woody re: questions. | 3.50 |
| 11/18/2012 | Wells, Peter B | Review materials related new transaction. | 4.83 |
| 11/19/2012 | Ben-Jacob, Michael | Documents, editing same, calls with Peter, Patrick, Woody on related issues, related emails. | 5.50 |
| 11/19/2012 | Wells, Peter B | Meet with group to discuss new transaction. Follow-up on issues re the same. Work on loan agreement. Work on KYC issues. | 5.33 |
| 11/20/2012 | Ben-Jacob, Michael | Attention to miscellaneous emails. | 0.17 |
| 11/20/2012 | Wells, Peter B | Work on issues related to due diligence for transaction. Draft and revise loan agreement. Work on UK tax issues. Call with Mr. Lewin. | 4.00 |
| 11/21/2012 | Ben-Jacob, Michael | Attention to draft documents, further comments on same, follow up on various open questions. | 3.17 |
| 11/21/2012 | Wells, Peter B | Work on issues related to Duet transaction. Call with Mr. Woodard, Mr. Michel and Mr. Mason re various issues. Work on loan agreement. Discuss various issues with Mr. Ben-Jacob. | 6.50 |
| 11/23/2012 | Ben-Jacob, Michael | Attention to miscellaneous emails. | 0.25 |
| 11/23/2012 | Wells, Peter B | | 4.50 |

**KAYE SCHOLER LLP**

TO:   John H. van Merkensteijn                                    December 10, 2012

RE: Duet II                                                                    Invoice#: 722893
Our File Number: 00647/0006                                      PAGE:   2

---

| Date | Timekeeper | Hours |
|---|---|---|
|  | Work on issues related to Duet transaction. Correspondence and research related to filing requirements. Research and correspondence re qualified client reps. |  |
| 11/24/2012 | Ben-Jacob, Michael | 0.25 |
|  | Attention to emails from Rich regarding call with Duet and general catch up. |  |
| 11/25/2012 | Ben-Jacob, Michael | 0.67 |
|  | Call with Duet and Argre regarding group to review Scotia Bank questionnaire. |  |
| 11/25/2012 | Wells, Peter B | 1.50 |
|  | Call with Duet re upcoming call with Scotia. Follow-up on related matters. |  |
| 11/26/2012 | Wells, Peter B | 0.75 |
|  | Work on issues related securities law issues re transaction. |  |
| 11/27/2012 | Ben-Jacob, Michael | 3.50 |
|  | Call with Rich and Adam to discuss revised documents; related updates and discussion with Peter. |  |
| 11/27/2012 | Wells, Peter B | 4.58 |
|  | Call with Argre re documents. Review and revise the same. |  |
| 11/28/2012 | Wells, Peter B | 0.50 |
|  | Work on issues related to draft deal documents. |  |
| 11/29/2012 | Ben-Jacob, Michael | 0.25 |
|  | Call with Rich re: Duet docs. |  |
| 11/29/2012 | Wells, Peter B | 2.75 |
|  | Review revised Duet documents. Work on SEC issues. |  |
| 11/30/2012 | Ben-Jacob, Michael | 1.00 |
|  | Call with Duet and Rich re: Doc., status and next steps. |  |
| 11/30/2012 | Wells, Peter B | 4.25 |
|  | Call with Duet and Argre group. Work on loan agreement and rep letter and follow-up re the same. |  |

Total Hours.................. 63.67

Fees through 11/30/2012............................... $42,504.70

\*------------------------------TIME AND FEE SUMMARY------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 19.51 | $14,242.30 |
| Wells, Peter B | 640.00 | 44.16 | 28,262.40 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    WH_MDL_00355367

**KAYE SCHOLER LLP**

TO:   John H. van Merkensteijn                                              December 10, 2012

RE: Duet II                                                                 Invoice#: 722893
Our File Number: 00647/0006                                                 PAGE:   3

---

|                                                          |        |            |
|----------------------------------------------------------|-------:|-----------:|
| Fees through 11/30/2012................                  | 63.67  | $42,504.70 |

\*------------------------COSTS ADVANCED THROUGH 11/30/2012------------------------\*

|                                                          |            |
|----------------------------------------------------------|-----------:|
| Duplicating                                              |      $5.60 |
| Conference & Legal Staff/Travel Working Meals            |      20.86 |
| Total Costs through 11/30/2012..........................  |     $26.46 |

|                                                          |            |
|----------------------------------------------------------|-----------:|
| Fees this Invoice......................................................... | $42,504.70 |
| Costs this Invoice........................................................ |     $26.46 |
| **Total Due this Invoice**............................................... | **$42,531.16** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355368

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Invoice Number: 722893
Total Amount Due: $42,531.16

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355369

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: John H. van Merkensteijn
Argre Management LLC
40 West 57th Street
New York, New York 10019 alicia@argremgt.com

January 16, 2013

RE: Duet II
Our File Number: 00647/0006

Invoice#: 726478
PAGE: 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 12/02/2012 | Ben-Jacob, Michael | Review draft opinion from Belgian counsel. | 0.50 |
| 12/03/2012 | Wells, Peter B | Call with Duet re status. Follow-up on due diligence issues re the same. | 3.33 |
| 12/04/2012 | Ben-Jacob, Michael | Review/edit PPM and related documents. | 0.33 |
| 12/04/2012 | Wells, Peter B | Draft and revise letter re GP. Work on related diligence matters. | 1.75 |
| 12/05/2012 | Ben-Jacob, Michael | Attention to draft deal documents. | 0.33 |
| 12/05/2012 | Wells, Peter B | Work on issues to transaction. | 1.50 |
| 12/06/2012 | Ben-Jacob, Michael | Attention to misc. emails. | 0.08 |
| 12/06/2012 | Ben-Jacob, Michael | Attention to draft documents. Related emails. | 0.58 |
| 12/06/2012 | Wells, Peter B | Prepare for and participate in call re transaction. | 0.67 |

Total Hours.................. 9.07

Fees through 12/31/2012.......................... $5,968.60

*------------------------------TIME AND FEE SUMMARY------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 1.82 | $1,328.60 |
| Wells, Peter B | 640.00 | 7.25 | 4,640.00 |
| Fees through 12/31/2012............... | | 9.07 | $5,968.60 |

*------------------------------COSTS ADVANCED THROUGH 12/31/2012------------------------------*

**KAYE SCHOLER LLP**

TO:   John H. van Merkensteijn                                      January 16, 2013

RE: Duet II                                                              Invoice#: 726478
Our File Number: 00647/0006                           PAGE:   2

---

| | |
|---|---:|
| Transportation | $135.55 |
| Total Costs through 12/31/2012 | $135.55 |

\*------------------------OUTSTANDING BALANCE------------------------\*

| Invoice# | Date | Amount |
|---|---|---:|
| 722893 | 12/10/2012 | $42,531.16 |
| Prior Balance Due | | $42,531.16 |

| | |
|---|---:|
| Fees this Invoice | $5,968.60 |
| Costs this Invoice | $135.55 |
| Total Due this Invoice | $6,104.15 |
| Prior Balance Due (from above) | 42,531.16 |
| **TOTAL DUE** | **$48,635.31** |

Please remit payment within thirty (30) days.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER           WH_MDL_00355371

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Invoice Number: 726478
Total Amount Due: $48,635.31

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355372



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   John H. van Merkensteijn                                    June 25, 2013
      40 West 57th Street
      New York, New York 10019
      alicia@argremgt.com

RE: Duet II                                               Invoice#: 739751
Our File Number: 00647/0006                               PAGE:    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2013

|            |                  |                                                              | Hours |
|------------|------------------|--------------------------------------------------------------|-------|
| 05/06/2013 | Wells, Peter B   |                                                              | 1.00  |
|            |                  | Review partnership agreements and draft termination document.|       |
|            |                  | Total Hours                                                  | 1.00  |
|            |                  | Fees through 05/31/2013                                      | $650.00 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                | Rate    | Hours | Fees    |
|----------------|---------|-------|---------|
| Wells, Peter B | $650.00 | 1.00  | $650.00 |
| Fees through 05/31/2013 |  | 1.00 | $650.00 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date       | Amount    |
|----------|------------|-----------|
| 726478   | 01/29/2013 | $6,104.15 |
| Prior Balance Due |   | $6,104.15 |

| Fees this Invoice              | $650.00   |
|--------------------------------|-----------|
| Total Due this Invoice         | $650.00   |
| Prior Balance Due (from above) | 6,104.15  |
| **TOTAL DUE**                  | **$6,754.15** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
   153 East 53rd Street
   New York, New York 10022
   Attention: Marsha Burnett
   Telephone: 212.559.3787

   ABA Routing Number: 021000089
   Bank Identification Code/SWIFT Code: CITIUS33
   Account Name: Kaye Scholer LLP
   Account Number: 9981494431

   RE: Argre Management LLC
   Our File Number: 00647/0006
   Invoice Number: 739751
   Total Amount Due: $6,754.15

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355374



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Total Amount Due: $6,754.15

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355375