# Exhibit 84

Message

| | |
|---|---|
| **From**: | Richard Markowitz [/O=OEXCH012/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RMARKOWITZ] |
| **Sent**: | 3/12/2012 6:23:21 PM |
| **To**: | Aneil Anand [aanand@duetgroup.net]; Jonathan Sander [JSander@duetgroup.net] |
| **CC**: | Robert Klugman [rklugman@storcapital.com]; John H. van Merkensteijn, III [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jhvm@Argrec96]; Matthew Stein [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mstein@Argre3a2]; Jérôme LHOTE [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jlhote@Argre810]; Adam Larosa [/O=OEXCH029/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Alarosa@Argre6ed] |
| **Subject**: | Tax Exempt Entities |

Aneil and Jonathan:

Thank you again for setting up the call with Robert at Freshfields.  It was very useful and we appreciate his quick response to us with the form of certification that a Tax Exempt entity would have to provide.

We apologize for any confusion or misunderstanding regarding our position on the economics.  We do believe that our 3 firms can establish a very important and profitable relationship based on substantial synergies and complementary strengths.  In prior trades (both similar to these investments and other, highly structured trades), we have consistently believed that at least a 65% split for our group (before any commissions paid for capital introductions) is appropriate.  (In almost all cases, this figure has been achieved.)  When we suggested the % on our call last week, this was the number we had in mind.

While it is typical for a Fund Manager to pay out of their fees any commissions for capital introductions, we have developed a better relationship with STOR and are comfortable treating them like a partner in the trade.  Accordingly, the 3 of us need to look at the "Profit" from the trades (in your model, Net P&L, less Plan Fees) as a starting point to allocate economics.  As stated on the call today, we are prepared to move from the 65% allocation and accept 60%.  We do not believe it is appropriate to assume that we are "sticking" with our original suggestion from last week, because the figures we conveyed to you (65 – 70%) were on the basis of our prior deals.

All that being said, we are hopeful that we can reach a fee arrangement that is acceptable to all parties and look forward to our call on Tuesday.

In the mean time, we wanted to summarize for you a few items concerning the tax exempt entity that we would be working with:

1. The entity is a religious organization formed under Section 501(c);
2. They have worked with us previously on similar transactions;
3. Subject to final due diligence on the structure and counterparties, they are prepared to move forward;
4. Pursuant to our call with Robert, they would not be able to get relief at source based on the DTT between the US and Belgium, but should qualify under the "domestic" exemption;
5. They have their Form 6166 from the tax year 2011 and have already applied with the IRS for the current tax year;
6. We will share the "certification" supplied by Robert to their attorneys for review;
7. They can begin supplying the necessary KYC information to the PB and/or custodian;
8. Subject to our call with the Dutch counsel tomorrow, we do not think this entity would be eligible for relief at source in the Netherlands.  Accordingly, they may not be willing to participate in the Dutch trades;
9. We do have a relatively large, Individual Retirement Account (IRA) which would work in the Netherlands as an alternative (and is prepared to move forward);

KLUGMAN00062776

10. We would like to ask Robert (or the custodian) if this type of US tax exempt entity is eligible for 0% withholding AND relief at source in Belgium;
11. The IRA has already requested a Form 6166 from the IRS for the tax year 2012.

Please let us know what documentation you have ready for review.  (For example, we should start with the TRS that you mentioned on the call with Robert).

Regards,

Richard


--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:        (212) 247-2600
Fax:        (212) 247-2753
Mobile:   (917) 848-5675

RMarkowitz@Argremgt.com